IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:17-cr-131-MHT |
| | ) | (WO) |
| MELISSA JACQUELYN COOPER | ) | |

ORDER

On December 7, 2017, a petition seeking revocation of the defendant's pretrial release was filed. (Doc. # 322) The petition alleged that the defendant violated the condition of her release requiring that she not "use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C § 802, unless prescribed by a licensed medical practitioner." The defendant appeared for an initial appearance on the petition on December 12, 2017. At that time, upon the advice of counsel the defendant waived her right to a hearing and admitted to the violation of her conditions of release as set forth in the petition. Accordingly, the court finds that there is probable cause to believe that Cooper has committed a Federal, State, or local crime while on release and that Cooper is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. § 3148. Therefore, it is

ORDERED that the petition to revoke be and is hereby GRANTED and that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 12th day of December, 2017.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE