IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr131-MHT |
| | ) | (WO) |
| MELISSA JACQUELYN COOPER | ) | |

### ORDER

Upon consideration of the unopposed motion to modify a term of supervised release, it is ORDERED that the motion (doc. no. 667) is granted, and the terms of supervised release set forth in the judgment (doc. no. 560) are modified to the extent that defendant Melissa Jacquelyn Cooper is no longer required to wear an ankle monitor as part of the location monitoring program.

DONE, this the 24th day of July, 2019.

                                 /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**