IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:17cr131-MHT
                            )          (WO)
MELISSA JACQUELYN COOPER     )

ORDER

Defense counsel and the United States Probation Office notified the court that a 'bed' at The Haven in Dothan, Alabama would become available for defendant Melissa Jacquelyn Cooper on November 18, 2019 (doc. nos. 709 & 710). However, the Probation Office has now orally informed the court that a bed has become available earlier. Accordingly, it is ORDERED that, pursuant to the court's order of November 5, 2019 (doc. no. 708), the United States Marshal is authorized to release defendant Melissa Jacquelyn Cooper on November 13, 2019, no later than 9:00 a.m., to her family, her defense attorney, or the Probation Officer for direct

transport to begin her inpatient treatment at The Haven in Dothan, Alabama.

DONE, this the 12th day of November, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE