IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:17cr131-MHT
                            )           (WO)
MELISSA JACQUELYN COOPER    )
```

ORDER

The court being of the opinion that, to help in addressing her drug addiction, defendant Melissa Jacquelyn Cooper should participate in status hearings until further order of the court, it is ORDERED as follows:

(1) Defendant Melissa Jacquelyn Cooper shall participate in status hearings until further order of the court.

(2) Magistrate Judge Susan Russ Walker shall conduct the status hearings, in person or by phone; shall determine the frequency of the hearings; and shall make arrangements for them. Magistrate Judge Walker also has the discretion to terminate the holding

of the hearings should she determine that they are no longer necessary.

DONE, this the 26th day of February, 2020.

                                          /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**